NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT L. DAVIS,                                )
                                                )
          Petitioner,                   )
                                                )
v.                                              )     Case No.  2D18-4325
                                                )
STATE OF FLORIDA,                               )
                                                )
          Respondent.                  )
                                                )
_____         )

Opinion filed May 3, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Sarasota County;
Stephen Walker, Judge.

Robert L. Davis, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Respondent.


PER CURIAM.


      Denied.


MORRIS, SALARIO and BADALAMENTI, JJ., Concur.